FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR3003-W |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| BEATRIZ LOPEZ-MARTINEZ, | ) cocaine (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about August 7, 2008, within the Southern District of California, defendant BEATRIZ LOPEZ-MARTINEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 21.92 kilograms (48.22 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 4, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:Imperial
9/4/08